UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Tamara Harris, | ) | CASE NO.:  1:20-cv-01981 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGE JOHN R. ADAMS |
| Commissioner of the Social Security Administration, | ) ) ) | **MEMORANDUM OPINION AND ORDER** |
| Defendant. | ) ) | |

On November 8, 2021, the Magistrate Judge for this matter submitted a Report and Recommendation recommending that this Court affirm the Commissioner's decision. (R. & R., ECF No. 18.)

Under Federal Rule of Civil Procedure 72(b), if the parties wish to object to the proposed findings and recommendation, they must do so by filing specific written objections within the fourteen (14) days following service of the Report and Recommendation. Neither party submitted objections. Further review by this Court at this time would be a duplicative and inefficient use of this Court's resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991). Accordingly, the Magistrate Judge's Report and Recommendation is hereby adopted. (R. & R., ECF No. 18.) The decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.

DATE: November 23, 2021          /s/ John R. Adams
                                                        Judge John R. Adams
                                                        UNITED STATES DISTRICT COURT